**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) Case: 1:26-mj-00065 |
| **v.** | ) Assigned To: Judge Upadhyaya, Moxila A. |
| | ) Assign. Date: 3/27/2026 |
| **GARY PRICE,** | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Matthew Stanislowski, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.    I submit this affidavit in support of a criminal complaint charging Gary PRICE with Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250(a).

2.    Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.    Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**PROBABLE CAUSE**

4.     On July 14, 2017, Gary PRICE was convicted of one count of First Degree Child Sex Abuse in the Superior Court of the District of Columbia in case number 2017 CF1 4922.  As a result of PRICE's conviction, he was provided with notice that he was required to register as a sex offender for ten (10) years. Due to PRICE's prior conviction, he is a sex offender under the Sex Offender Registration and Notification Act (SORNA) and is required to register pursuant to SORNA.

5.     On June 13, 2024, PRICE registered as a sex offender with the Baltimore Police Department Sex Offender Registry and provided an address of XXXX E Monument St, Baltimore, MD.[1]  PRICE signed the form confirming his address and various identification items.  By signing the form, PRICE affirmed the statement, "I understand that I must re-register on 09/12/2024 and within 3 days of release form any arrest or correctional facility."  The form also clearly states "You must re-register in person within 3 days of establishing a new residence."  PRICE registered the same E Monument St address on September 12, 2024.

6.     On December 21, 2024, an arrest warrant was issued by the District Court of Maryland for Baltimore City in D-01-CR-24-034120 based on a criminal complaint alleging violations of CP 11-721, Failure to Register as a Sex Offender.  The sworn affidavit that PRICE was required to re-register on December 12, 2024, and failed to do so.

7.     On August 14, 2025, a federal arrest warrant was issued by the United States District Court for the District of Maryland in 25-mj-2029 based on a criminal complaint alleging violations of 18 U.S.C. 751(a) (Escape from Custody Resulting from Conviction).  The complaint alleges that this violation occurred on or about November 1, 2024, when PRICE left his placement

---

[1] The full addresses are known to law enforcement.

at XXXX E Monument St, Baltimore, MD.

8.      As a result of the Federal arrest warrant, the U.S. Marshals Service made efforts to locate PRICE.  Law enforcement learned that PRICE had been staying with his then girlfriend ("AW1"), in Washington, DC with her children at the time of his arrest in 2017.

9.      On August 27, 2025, law enforcement learned that AW1 was residing at XXXX 18th Street SE, Apt. X, Washington, D.C.  U.S. Marshals Service conducted an investigation to ascertain if PRICE was living at this address with AW1.

10.     On September 25, 2025, law enforcement conducted surveillance at XXXX 18th Street SE, Washington, D.C.  At approximately 7:03 am, PRICE was observed standing outside of the aforementioned address.  PRICE appeared to be waiting with a minor child who was wearing a backpack.  The minor child then boarded a school bus at 7:05am and PRICE was observed entering the front door of XXXX 18th Street SE, Washington, DC.  PRICE was also seen by law enforcement at this address on September 29, 2025.

11.     Efforts to locate PRICE at this address were made in October 2025 but were unsuccessful.

12.     Law enforcement made efforts to locate AW1 when it became apparent that AW1 had moved from XXXX 18th Street SE, Washington, DC.  Through its investigation, law enforcement learned that AW1 moved to XXXX Knox Place SE, Apt XXX, Washington, D.C. in or around November 2025.

13.     On March 8, 2026, at around 4:30pm, PRICE was observed by law enforcement exiting the front door of XXXX Knox Place SE, Washington, D.C.  He was observed returning to the same address around 5:00pm on the same day.  PRICE was observed by law enforcement at the same address on March 12, 2026, and March 18, 2026.

14. On March 20, 2026, PRICE was arrested pursuant to the Federal arrest warrant at XXXX Knox Place SE, Washington, DC.

15. On March 20, 2026, law enforcement spoke with an adult resident (AW1) of the house where PRICE was arrested. AW1 confirmed that PRICE had been living with AW1 in Washington, DC for approximately four (4) months, when AW1 moved to the address on Knox Place SE, Washington, D.C.

16. On March 20, 2026, law enforcement spoke with PRICE after PRICE was read his Miranda rights and waived such rights. During the conversation with law enforcement, PRICE acknowledges that he has been living in Washington, D.C. for at least a few months. He stated that he came to Washington, D.C. the same day that he left Baltimore, MD.

17. PRICE also acknowledged that he did not register with the sex offender registry in Washington, D.C. when he came to reside in Washington, D.C., and further acknowledged that he was supposed to register with Washington, D.C.

18. On or around March 18, 2026, law enforcement reached out to the Court Services and Offender Supervision Agency (CSOSA) Sex Offense Registration (SOR) office and confirmed that PRICE has not registered as a sex offender in the District of Columbia, despite residing in the District of Columbia.

**CONCLUSION**

19.     Based on the foregoing, there is probable cause to believe that Gary PRICE committed the offense of Failure to Register as a Sex Offender in violation of 18 U.S.C. 2250(a).

Respectfully submitted,

_____
Matthew Stanislowski
United States Marshal Service

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) on the 27th of March 2026.

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE